IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTS OF ARKANSAS

RE: Jonathan Raymond & Carol Iantha McFall          CASE NO.: 4:17-bk-10201 B/M

# M O D I F I C A T I O N   O F   C H A P T E R   1 3   P L A N

Come now the Debtors and for their modification to the original or modified Chapter 13 plan state:

1.  **PAYMENT TO THE TRUSTEE:**

THE DEBTORS PROPOSE TO PAY  **$ 2,482.00**          PER MONTH TO THE TRUSTEE.
[Indicate how often the Debtor is paid by checking the appropriate box below:]
( )      Weekly;  ( )      Bi-Weekly;    (   ) Semi- Mo;     (   ) Monthly or     (   ) other
( if OTHER, please specify:_____

*The base shall be calculated as follows: The sum of the amount debtors actually paid into the plan as of the preparation date of this modification (6/20/2019) which is $54,140.00 and future payments of $2,482.00   proposed for the remaining 33 months which is  $81,906.00  for a total base of $136,046.00. Any payments received on or after 6/20/2019  shall be applied to future payments and total base.*

2.  **THE PLAN LENGTH:** shall remain the same unless otherwise indicated below:

    (   )    Increase  plan length to _____ months.
    (   )    Decrease plan length to _____ months.
    Debtor proposes to pay all disposable income into the plan for **not less than the applicable commitment period** (unless unsecured creditors are being paid in full (100%)).  The plan length shall not exceed 60 months.

3.  **UNSECURED CREDITORS** are to be paid a **PRO RATA**   dividend.

4.  **MODIFIED TREATMENT OF EXISTING CREDITORS:**
    The following ***CHANGES*** are to be made to each creditor as set out below:

    **CREDITOR NAME**                    **CHANGE IN TREATMENT/CLASSIFICATION**

## ADDITION OF SECURED CREDITORS TO THE PLAN:

Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows.  Any amount claimed in  excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

| Creditor Name and Address | Net Payoff | Value | Unsecured portion | Int. rate * pd by plan | Monthly payment |
|---|---|---|---|---|---|
| | | | | | |

*If this space is left blank no interest is to be paid.
Please indicate any debts which will extend beyond the length of the plan.  Such debts must have a "monthly payment" proposed.  Also if the debt is in default, you must provide separately for such default.

## ADDITION OF PRIORITY CREDITORS TO THE PLAN: Such as taxes or wages.

The following creditors are added to the plan and shall be paid as follows:

Name of Creditor                    Per month, If any                    Total Debt


**ADDITION OF UNSECURED DEBTS**: The following unsecured creditors are added to the plan.  Each creditor must be classified as a "PRE-" or POST-" petition creditor.

Name and Address of Creditor                    Classification                    Amount Owed


PRE-PETITION UNSECURED CREDITORS SHALL BE PAID A ___PRO-RATA___ DIVIDEND.
POST-PETITION UNSECURED CREDITORS SHALL BE PAID A _____ DIVIDEND.

UNSECURED CREDITORS SHALL BE PAID AT LEAST AS MUCH AS THEY WOULD RECEIVE UNDER CHAPTER 7.

ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.


DATED:  June 20, 2019                    **KNOLLMEYER LAW OFFICE, P.A.**
                                         2525 John Harden Drive
                                         Jacksonville, AR 72076
                                         (501) 985-1760


                                         By:/s/Lonnie Grimes
                                           Michael Knollmeyer, AR86-105
                                           Lonnie Grimes, AR88-033
                                           Attorneys for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: JONATHAN RAYMOND MCFALL and       CASE NUMBER: 4:17-bk-10201 B
     CAROL IANTHA MCFALL                                         CH.  13

## NOTICE OF OPPORTUNITY TO OBJECT TO
## CHAPTER 13 PLAN

     You are hereby notified that the above captioned Debtor(s) has filed the attached Chapter 13 plan. Objections to Chapter 13 plan in the case must be filed with the Bankruptcy Court at 300 West Second Street, Little Rock, AR 72201 in writing within 21 days from the date of this notice, with copies to the attorney for the Debtors and Mark T. McCarty,  Trustee, P.O. Box 5006, North Little Rock, AR 72119.

     If objections to the Chapter 13 Plan are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Petition will be confirmed without further notice or hearing.

**KNOLLMEYER LAW OFFICE, P.A.**
2525 John Harden Drive
Jacksonville, AR 72076
(501) 985-1760

By:/s/Lonnie Grimes                               Date:  June 20, 2019
   Michael Knollmeyer, AR86-105
   Lonnie Grimes, AR88-033
   Attorneys for Debtor(s)

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the attached Chapter 13 plan has been served by CM/ECF to Mark T. McCarty, Chapter 13 Standing Trustee; Charles W. Tucker, Assistant United States Trustee; and served by U.S. Mail, postage prepaid to the following:

Department of Finance & Administration           Internal Revenue Service
Legal Division                                    P.O. Box 7346
PO Box 1272                                   Philadelphia, PA 19101-7346
Little Rock AR 72203

                                           U.S. Attorney, Eastern District
Arkansas Department of Workforce Services      P.O. Box 1229
Legal Division                                    Little Rock, AR 72203
PO Box 2981
Little Rock AR 72203

And to all creditors whose named and addresses are set forth on the matrices filed in the case.

**KNOLLMEYER LAW OFFICE, P.A.**
2525 John Harden Drive
Jacksonville, AR 72076
(501) 985-1760

By:/s/Lonnie Grimes                               Date:  June 20, 2019
   Michael Knollmeyer, AR86-105
   Lonnie Grimes, AR88-033
   Attorneys for Debtor(s)